HERMANN & GRACE (a corporation), complainant,

*v.*

JOHN F. SAYWARD et al., defendants.

[Argued June 25th, 1907. Decided November 18th, 1907.]

On appeal ·of John F. Sayward and others. On appeal from an order of the court of chancery advised by Vice-Chancellor Emery, whose opinion is reported in *71 N. J. Eq. (1 Buch.)* *541.*

*Mr. Chauncey G. Parker,* for the appellants.

*Mr. John R. Hardin,* for the respondents.

PER CURIAM.

The order appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, HENDRICKSON, PITNEY, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, DILL—11.